JUDGE DURKIN
MAGISTRATE JUDGE COLE  **14CR 235**

| PROB.22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR11-00169-01S | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) FILED 4-25-14 APR 2 5 2014 THOMAS G. BRUTON CLERK U.S. DISTRICT COURT | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE  **Gary Winner**  **Northern District of Illinois** | DISTRICT  Rhode Island | DIVISION  Providence | |
| | NAME OF SENTENCING JUDGE  Honorable William E. Smith, Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:  November 25, 2013 | TO:  November 24, 2016 |
| OFFENSE  Counts 1 & 2: Health Care Fraud; Count 3: Introduction of Adulterated and Misbranded Medical Device into Interstate Commerce and Count 4: Money Laundering | | | |

| PART 1 - ORDER TRANSFERRING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**. |
| IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **NORTHERN DISTRICT OF ILLINOIS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*  4/9/14                                       _signature_  Date                                       Honorable William E. Smith  Chief U.S. District Judge |
| *This sentence may be deleted in the discretion of the transferring Court. |

| PART 2 - ORDER ACCEPTING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS** |
| IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.  A TRUE COPY-ATTEST  THOMAS G. BRUTON, CLERK  By _Laura Sprung_ DEPUTY CLERK  U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS  DATE: 4/29/14      4/25/14          _Ruben Castillo_  Date                                   United States District Judge |