UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | 1:11CR00169-01S |
| GARY WINNER, Defendant. | |

SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid in full or otherwise satisfied, the Clerk of the United States District Court for the District of Rhode Island is hereby authorized and empowered to cancel the monetary portion of said judgment of record.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorneys,

PETER F. NERONHA
United States Attorney

/s/Mary Rogers
MARY ROGERS
Assistant U.S. Attorney
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: mary.rogers@usdoj.gov